```
 1  NICHOLAS F. REYES, #102114
    LAW OFFICES OF NICHOLAS F. REYES
 2  1107 R STREET
    FRESNO, CA 93721
 3  Telephone:  559-486-4500
    Facsimile:  559-486-4533
 4  Email:  nfreyeslaw@gmail.com

 5  Attorney for Defendant
    SALVADOR VILLA-BOTELLO
 6
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00019-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| SAVALDOR VILLA-BOTELLO | |
| Defendant. | |

Defendant, SALVADOR VILLA-BOTELLO, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JEFFERY A. SPIVAK, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, January 7, 2019, at 10:00 a.m. be continued to Wednesday, January 9, 2019 at 10:00 a.m. in the courtroom for the Honorable Dale A. Drozd, District Judge.

The continuance is necessary and good cause exists because defense counsel will be unavailable and both parties require time to file sentencing memorandums.

**IT IS SO STIPULATED**

                                                Respectfully submitted,

Dated: 01/02/2019                         /s/ Nicholas F. Reyes
                                                NICHOLAS F. REYES
                                                Attorney for Defendant

1

**IT IS SO STIPULATED**

Dated: 01/02/2019 /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

ORDER

The Court has reviewed and considered the stipulation of the parties to continue hearing in this case. Good Cause appearing, the sentencing hearing currently set for January 7, 2019, is continued to January 9, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 2, 2019** _____
UNITED STATES DISTRICT JUDGE